Sullivan, }
June, 1900. }

### BROWN v. FOWLER & a.

ASSUMPSIT.　Trial by jury and verdict for the plaintiff.

*Ira Colby & Son*, for the plaintiff.

*Brown & Dana*, for the defendants.

YOUNG, J.　The defendants excepted to the court's refusal to instruct the jury that the consideration of a promise to pay the debt of another must be expressed in writing.　This is not an open question, for it has been held for more than a quarter of a century that it need not be so expressed.　*Britton* v. *Angier*, 48 N. H. 420; *Lang* v. *Henry*, 54 N. H. 57, 59; *Goodnow* v. *Bond*, 59 N. H. 150; *McDonald* v. *Fernald*, 68 N. H. 171.

*Exception overruled.*

PARSONS, J., did not sit: the others concurred.

Strafford, }
Dec., 1900. }

### BARRETT v. SOMERSWORTH.

CASE, for injuries caused by a defective highway.　Verdict for the plaintiff.　The plaintiff's counsel, in his closing argument to the jury, stated that in consequence of the advice of the doctor upon whom the husband of the plaintiff called on the night of the accident, the husband took her home and applied hot and cold water to her back, sat up with her all night, and at his earliest convenience in the morning employed a doctor.　The defendants excepted on the ground that the statement was not warranted by the evidence.　It appearing that the statement was fully justified by the evidence, the exception was overruled upon the plaintiff's motion, " as frivolous, vexatious, and groundless," and judgment ordered on the verdict.

YOUNG, J., did not sit.

*Walter W. Scott* and *William S. Pierce*, for the plaintiff.

*Harry V. Moore* and *Edgerly & Mathews*, for the defendants.